IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NIGUEL HILAO**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-1300-L** |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion for Entry of Final Judgment (Doc. 9), filed February 28, 2014. The motion was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on April 7, 2014, recommending that the motion be granted. No objections to the Report were filed. After reviewing the motion, pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Entry of Final Judgment (Doc. 9).

**It is so ordered** this 2nd day of May, 2014.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page